IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER C. CARTER,

    Plaintiff,

vs.                              CASE NO.: 4:10-cv-34-SPM-WCS

SANDRA HUGHES, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 42), which recommends that the Defendant Hughes's Motion for Summary Judgment (doc. 24) be granted. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 42) is *adopted* and incorporated by reference in this order.

    2.    The Motion for Summary Judgment (doc. 24) is **granted** in favor of Defendant Hughes.

    3.    Judgment shall not yet be entered, and the case is remanded for

further proceedings.

DONE AND ORDERED this sixth day of January, 2011.

       *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge